1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney
4 |
150 Almaden Blvd., Suite 900
5 | San Jose, CA 95113-2009
Telephone: 408-535-5087
6 | Facsimile: 408-535-5081
E-mail: chinhayi.j.coleman@usdoj.gov
7 |
Attorneys for Defendant UNITED STATES OF AMERICA
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

JO FAY and THOMAS FAY,                    )    Nos.   C 04-3588 CRB
                                          )           C 05-1481 CRB
        Plaintiffs,                       )           (related cases)
                                          )
        v.                                )    STIPULATION RE FURTHER CASE
                                          )    MANAGEMENT CONFERENCE DATE;
UNITED STATES OF AMERICA,                 )    [PROPOSED] ORDER
                                          )
        Defendant.                        )
_____   )

STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 04-3588 CRB and C 05-1481 CRB

1  A Further Case Management Conference has been set for August 25, 2006, which would have allowed the parties to participate in a settlement conference prior to the hearing. The parties, however, have needed to reschedule the settlement conference for September 26, 2006. Consequently, the parties stipulate that the August 25, 2006 Further Case Management Conference should be continued to October 13, 2006, at 8:30 a.m.

DATED: August 17, 2006

RICHARD BENNETT
Attorney for Plaintiffs Jo and Thomas Fay

DATED: August 17, 2006

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the above stipulation, it is ordered that the Further Case Management Conference, which was previously scheduled for August 25, 2006, at 8:30 a.m., is continued to October 13, 2006, at 8:30 a.m.

Dated: August 18, 2006

CHARLES R. BREYER
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION RE FURTHER CMC DATE; [PROPOSED] ORDER
C 04-3588 CRB and C 05-1481 CRB

1