1 KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney
4
  150 Almaden Blvd., Suite 900
5 San Jose, CA 95113-2009
  Telephone: 408-535-5087
6 Facsimile: 408-535-5081
  E-mail: chinhayi.j.coleman@usdoj.gov
7
Attorneys for Defendant UNITED STATES OF AMERICA
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
JO FAY and THOMAS FAY,            )   No. C 04-3588 CRB
13                                )
        Plaintiffs,                )   STIPULATION AND [PROPOSED]
14                                )   ORDER FOR DISMISSAL WITH
    v.                            )   PREJUDICE
15                                )
UNITED STATES OF AMERICA,         )
16                                )
        Defendant.                )
17                                )
   _____)
18

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 04-3588 CRB

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Jo Ann Fay,
2  Plaintiff Thomas Fay, and Defendant United States of America, stipulate to the dismissal with
3  prejudice of Jo Fay and Thomas Fay v. United States of America, C 04-3588 CRB. Each party
4  will bear its own costs.

LAW OFFICES OF BENNETT, JOHNSON & GALLER

Dated: October 13, 2006

RICHARD D. BENNETT
Attorney for Plaintiffs Jo Fay and Thomas Fay

Dated: October 13, 2006

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2006

THE HONORABLE CHARLES R. BREYER
United States District Court Judge



STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 04-3588 CRB

1